IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| DEESHAWN DISMUKE, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| v. | § | CIVIL ACTION NO. |
| | § | 3:08-CV-303-P |
| NATHANIEL QUARTERMAN, Director | § | |
| Texas Department of Criminal | § | |
| Justice, Institutional Division, | § | |
| | § | |
| Respondent. | § | |

## ORDER

This is a petition for habeas corpus filed by a state inmate pursuant to 28 U.S.C. §2254. The magistrate judge filed his Findings and Recommendation on July 16, 2008 recommending denial of the petition. Petitioner filed objections on July 22, 2008 and requested an extension of ninety days to file additional objections. The court granted petitioner until October 1, 2008 to file further objections. On August 27, 2008, petitioner filed Amended Objections and requested discovery and an extension until November 14, 2008 to further respond to the magistrate judge's report. Petitioner's requests for discovery and further extension of time are denied. Petitioner has not shown why discovery is necessary or appropriate in this case. Petitioner has also not shown why additional time is necessary. Petitioner has already filed two sets of objections, and the court does not see the necessity for a third set. Additionally, petitioner was given until October 1, 2008 to file further objections and has not done so.

Petitioner's objections to the magistrate judge's report are overruled. The court accepts the findings and conclusions of the magistrate judge and adopts them as the findings and

Order - Page 1

conclusions of the court.

Signed this 6th day of January 2009.

_____
JORGE A. SOLIS
UNITED STATES DISTRICT JUDGE